FILE COPY



# Court of Appeals

### Seventh District of Texas
### Potter County Courts Building
### 501 S. Fillmore, Suite 2-A
### Amarillo, Texas 79101-2449
### www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 24, 2018

Isaac J. Adams
#0865209
Tarrant County Jail
100 North Lamar
Fort Worth, TX 76196

Peter Smythe
PETER SMYTHE, P.C.
777 Main Street, Suite 600
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Debra Ann Windsor
Assistant Criminal District Attorney
401 West Belknap Street
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers:  07-16-00372-CR, 07-16-00373-CR, 07-16-00374-CR
Trial Court Case Numbers: 1414530D, 1409243D, 1414529D

**Style:** Isaac J. Adams v. The State of Texas

Dear Mr. Adams and Counsel:

The Court has this day entered the attached Order and mandates in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Ruben Gonzalez, Jr. (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)